**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-45156-JBS |
| | § | |
| FREDERICK JONES | § | |
| MARJAL JONES | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 11/17/2011, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/20/2011          By:  /s/ David P. Leibowitz
                                       (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-45156-JBS |
| | § | |
| FREDERICK JONES | § | |
| MARJAL JONES | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $9,444.84
*and approved disbursements of*  $2,223.40
*leaving a balance on hand of[1]:*  $7,221.44

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:  $0.00
Remaining balance:  $7,221.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,474.56 | $0.00 | $1,474.56 |
| David P. Leibowitz, Trustee Expenses | $2.16 | $0.00 | $2.16 |

Total to be paid for chapter 7 administrative expenses:  $1,476.72
Remaining balance:  $5,744.72

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:  $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|   | Remaining balance: | $5,744.72 |
|---|---:|---:|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|   | Total to be paid to priority claims: | $0.00 |
|---|---:|---:|
|   | Remaining balance: | $5,744.72 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $17,027.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 33.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Chase Bank USA, N.A. | $7,827.27 | $0.00 | $2,640.78 |
| 2 | CHICAGO MUNICIPAL EMPLOYEES CREDIT UNION | $7,404.97 | $0.00 | $2,498.30 |
| 3 | Chase Bank USA,N.A | $1,028.18 | $0.00 | $346.89 |
| 4 | FIA Card Services, NA/Bank of America | $766.94 | $0.00 | $258.75 |

|   | Total to be paid to timely general unsecured claims: | $5,744.72 |
|---|---:|---:|
|   | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST-Form 101-7-NFR (5/1/2011)**

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
               Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-45156-JBS
Frederick Jones                                                           Chapter 7
Marjal Jones
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: csimmons              Page 1 of 1              Date Rcvd: Oct 21, 2011
                              Form ID: pdf006             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2011.
```
db/jdb       +Frederick Jones,    Marjal Jones,    2445 W. Farwell Ave.,    Chicago, IL 60645-4654
16617816     +CHICAGO MUNICIPAL EMPLOYEES CREDIT UNION,    33 N.LASALLE STE 300,    CHICAGO, IL 60602-3427
16251685     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
16535151      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16661798     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
16251686     +Chase Manhattan Mortgage,    Attention: Research Dept. G7-PP,    3415 Vision Drive,
               Columbus, OH 43219-6009
16251687     +Chgo Municip,    33 N Lasalle St Fl 3,    Chicago, IL 60602-3427
16251688     +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
16251689     +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195-0363
16251690     +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
16251691     +Hsbc/carsn,    Po Box 15521,    Wilmington, DE 19850-5521
16251694     +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16834274      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 22 2011 02:10:26
               FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
               Oklahoma City, OK  73124-8809
16251692     +E-mail/PDF: cr-bankruptcy@kohls.com Oct 22 2011 02:13:13     Kohls,   Attn: Recovery Dept,
               Po Box 3120,    Milwaukee, WI 53201-3120
16251693     +E-mail/Text: CLIENTSERVICES@NORTHWESTCOLLECTORS.COM Oct 22 2011 01:39:42     Northwest Collectors,
               3601 Algonquin Rd Ste 23,    Rolling Meadows, IL 60008-3126
                                                                                              TOTAL: 3
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
16251684    ##+Bank Of America,   Po Box 15026,   Wilmington, DE 19850-5026
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 23, 2011**                     **Signature:**   _/s/ Joseph Speetjens_